**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| ASHRAF FADY GABER MELEK,<br>Petitioner,<br>v.<br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br>Respondent. | No. 2:26-cv-02992-SHL-cgc |

**ORDER INSTRUCTING RESPONDENT TO FILE A SECOND STATUS REPORT BY OCTOBER 9, 2026, TO CONFIRM PETITIONER'S TRANSFER AND RELEASE**

On October 5, 2026, Petitioner Ashraf Fady Gaber Melek's immigration-related habeas petition was granted, and Respondent was ordered, among other things, to transfer Petitioner back to the Western District of Tennessee, release her from custody, and file a status report within two business days of the Order. (ECF No. 10.) Respondent filed a status report on October 7, advising that Petitioner could not be immediately transferred from the Adams County Correction Center in Natchez, Mississippi, where she is being held, because "the first available return flight to Memphis, Tennessee is not until" today. (ECF No. 11 at PageID 71.) Respondent stated that once in Memphis, Petitioner will be released immediately. (Id.)

Respondent is **ORDERED** to file a second status report by October 9, 2026, to confirm that Petitioner was transferred back to the Western District of Tennessee, and thereafter released.

**IT IS SO ORDERED,** this 8th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE